# Court of Appeals
# of the State of Georgia

ATLANTA, July 16, 2025

*The Court of Appeals hereby passes the following order*

**A25D0472. TONYA HUDSON v. TYWONA SPELLER.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

24A11278



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 16, 2025.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*